**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ROBERT H. BROWN, III and
MARY LYNN P. BROWN,

      Plaintiffs,

vs.                                              CASE NO. 3:06cv191-RS

R. DAVID PAULISON, as Acting Director
of the Federal Emergency Management
Agency, and USAA GENERAL INDEMNITY
COMPANY, a corporation,

      Defendants.
_____/

## ORDER

      Before the court is Federal Defendant's Memorandum of Law And Points Of Authority In Support Of Its Motion To Dismiss Plaintiffs' Complaint (Doc. 10). There is no dispute that plaintiffs' claims arise from the standard flood insurance policy issued by USAA General Indemnity Company. There is no dispute that no claim was ever submitted by plaintiffs or denied under a FEMA-direct Standard Flood Insurance Plan. 42 U.S.C. §4071. Consequently, there has not been a limited waiver of sovereign immunity as provided by 42 U.S.C. §4072. 44 CFR §62.23(g) clearly states that the federal government is not a proper party-defendant in an action such as the present case:

> "(g) A WYO Company shall act as a physical agent for the Federal Government, but not as its general agent. WYO Companies are solely responsible for their obligations to the insured under any flood insurance policies issued under agreements entered into with the Administrator, such that the Federal Government is not a proper party-defendant in any lawsuit arising out of such policies."

IT IS ORDERED that the Motion to Dismiss of Secretary Michael Chertoff (who is substituted as the proper party-defendant), Department of Homeland Security, Federal Emergency Management Agency, is **granted**, and he is dismissed from this action with prejudice.

ORDERED on July 14 2006.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**